UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.  Crim. No. 09-139 (JNE/JJK)
ORDER

Arthur James Chappell,

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on January 12, 2010. The magistrate judge recommended that Arthur James Chappell's motions to dismiss and to suppress be denied. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Chappell's Amended Objection [Docket No. 62] to the Report and Recommendation [Docket No. 55] is OVERRULED.

2. Chappell's Motion to Dismiss Indictment for Failure to State an Offense [Docket No. 23], and Chappell's *Pro Se* Motion to Dismiss [Docket No. 3] are DENIED.

3. Chappell's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 28] is DENIED.

4. Chappell's Motion to Suppress Statements, Admissions, and Answers [Docket No. 29] is DENIED.

Dated: March 22, 2010

                                                  s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge