UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 09-139 (JNE/JJK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 2) |
| | ) | (18 U.S.C. § 371) |
| v. | ) | (18 U.S.C. § 1591(a)) |
| | ) | (18 U.S.C. § 1591(b)) |
| ARTHUR JAMES CHAPPELL, | ) | (18 U.S.C. § 1594(a)) |
| a/k/a "AJ," | ) | (18 U.S.C. § 2251(a)) |
| a/k/a "J," | ) | (18 U.S.C. § 2251(e)) |
| | ) | (18 U.S.C. § 2252(a)(4)(B)) |
| Defendant. | ) | (18 U.S.C. § 2252(b)(1)) |
| | ) | (18 U.S.C. § 2252(b)(2)) |
| | ) | (18 U.S.C. § 2421) |
| | ) | (18 U.S.C. § 2422(a)) |
| | ) | (18 U.S.C § 2253) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Sex Trafficking of a Minor)

From in or about May 2007 to on or about July 3, 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means a person, namely C, and benefitted, financially and by receiving something of value, from participation in a venture which engaged in the previously described acts, knowing that force, fraud and coercion would be used to cause C to engage in a commercial sex act and knowing that C had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a) and 1591(b).

SCANNED
APR 0 4 2012
U.S. DISTRICT COURT ST. PAUL

FILED APR 0 3 2012
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

U.S. v. Arthur James Chappell                    Criminal No. 09-139 (JNE/JJK)

## COUNT 2
(Sex Trafficking of a Minor)

From in or about May 2007 to in or about July 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

in and affecting interstate commerce, knowingly attempted to recruit, entice, harbor, transport, provide and obtain, by any means, a person, namely A, and recruited, enticed, harbored, transported, provided, and obtained by any means a person, namely A, and benefitted, financially and by receiving something of value, from participation in a venture which engaged in the previously described acts, knowing that A had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a), 1591(b) and 1594(a).

## COUNT 3
(Possession of Child Pornography)

From in or about May 2007 through in or about July 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

did knowingly possess one or more matters which contained a visual depiction that had been mailed, shipped and transported in and affecting interstate commerce and which was produced using

2

<u>U.S. v. Arthur James Chappell</u>                    <u>Criminal No. 09-139 (JNE/JJK)</u>

materials which had been so mailed, shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, including but not limited to, the following computer image files: 1021372.jpg; 1179956.jpg; 1006476.jpg; 1184108.jpg; 1058752.jpg; 1192856.jpg; all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**COUNT 4**
(Conspiracy to Possess Child Pornography)

From in or about May 2007 through in or about July 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

conspired with others, known and unknown to the grand jury, to knowingly possess one or more matters that contained a visual depiction that had been mailed, shipped and transported in or affecting interstate commerce and which was produced using materials that had been so mailed, shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, including but not limited to, the following computer image files: 1021372.jpg; 1179956.jpg; 1006476.jpg; 1184108.jpg; 1058752.jpg; 1192856.jpg;

U.S. v. Arthur James Chappell						Criminal No. 09-139 (JNE/JJK)

all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

## COUNT 5
(Conspiracy to Produce Child Pornography)

From in or about May 2007 through in or about July 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

conspired with others, known and unknown to the grand jury, to knowingly employ, use, persuade, induce, entice, and coerce C, a minor child, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit a computer image files titled, 1021372.jpg; 1179956.jpg; 1006476.jpg; 1184108.jpg; 1058752.jpg; 1192856.jpg; which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate commerce by any means, including by computer, and such visual depictions were transported in interstate commerce, or mailed, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 6
(Enticement to Travel to Engage in Prostitution)

In or about July 2007, in the State and District of Minnesota and elsewhere, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

U.S. v. Arthur James Chappell                Criminal No. 09-139 (JNE/JJK)

knowingly attempted to persuade, induce, entice and coerce an individual, namely, H.B., and knowingly persuaded, induced, enticed and coerced an individual, namely H.B., to travel in interstate commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(a).

### COUNT 7
(Transportation With Intent to Engage in Prostitution)

In or about July 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

aiding and abetting and being aided and abetted by others, knowingly attempted to transport an individual in interstate commerce, namely H.B., and knowingly transported an individual in interstate commerce, namely H.B., with the intent that H.B. engage in prostitution, or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2 and 2421.

### COUNT 8
(Enticement to Travel to Engage in Prostitution)

In or about July 2007, in the State and District of Minnesota and elsewhere, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

5

U.S. v. Arthur James Chappell                    Criminal No. 09-139 (JNE/JJK)

knowingly attempted to persuade, induce, entice and coerce an individual, namely, R.N., to travel in interstate commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense and knowingly persuaded, induced, enticed and coerced an individual, namely, R.N., to travel in interstate commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(a).

## COUNT 9
(Transportation With Intent to Engage in Prostitution)

In or about July 2007, in the State and District of Minnesota, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

aiding and abetting and being aided and abetted by others, knowingly attempted to transport an individual, namely R.N., and knowingly transported an individual, namely R.N., in interstate commerce, with the intent that R.N. engage in prostitution, or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2 and 2421.

U.S. v. Arthur James Chappell                    Criminal No. 09-139 (JNE/JJK)

### COUNT 10
(Conspiracy to Entice to Travel in Interstate Commerce)

From in or about August 2006 to in or about July 2007, in the State and District of Minnesota, and elsewhere, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

and others known and unknown to the Grand Jury, conspired to commit an offense against the United States, that is, to knowingly persuade, induce, entice and coerce any individual, to travel in interstate commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2422(a); all in violation of Title 18, United States Code, Section 371.

### COUNT 11
(Conspiracy to Transport With Intent to Engage in Prostitution)

From in or about August 2006 through in about July 2007, in the State and District of Minnesota, and elsewhere, the defendant,

**ARTHUR JAMES CHAPPELL,**
a/k/a "AJ,"
a/k/a "J,"

and others known and unknown to the Grand Jury, conspired to commit an offense against the United States, that is, to knowingly transport any individual in interstate commerce, with the intent that the individual engage in prostitution, and any sexual activity for which any person can be charged with a criminal offense, in

U.S. v. Arthur James Chappell                                    Criminal No. 09-139 (JNE/JJK)

violation of Title 18, United States Code, Section 2421; all in violation of Title 18, United States Code Section 371.

## FORFEITURE ALLEGATIONS

Counts 1-11 of this Superseding Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 1594, 2253(a) and 2428.

As the result of the offenses alleged in Counts 1 and 2 of this Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

As a result of offenses alleged in Counts 3 through 5 of this Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

U.S. v. Arthur James Chappell                Criminal No. 09-139 (JNE/JJK)

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

As the result of the offenses alleged in Counts 6 through 11 of this Superseding Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON